UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST TEXAS PRODUCTS, LLC; and FIRST TEXAS PRODUCTS CORPORATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>DETEKNIX INC.; and MAO QUAN DENG,<br><br>          Defendants. | Case No.   2:18−cv−01468−R−GJS<br><br>Hon. Manuel L. Real<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>[Stipulation of Dismissal filed concurrently herewith] |

Pursuant to the Stipulation of Dismissal of the Parties, it is HEREBY ORDERED that:

(i)    Plaintiffs' causes of action against Defendants are hereby dismissed with prejudice; and

(ii)    The Parties shall bear their own costs and expenses.

DATED:  April 8, 2019          _____

Hon. Manuel L. Real
UNITED STATES DISTRICT JUDGE